THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADRIAN P. THOMAS, Appellant.

Submitted December 2, 2013; decided December 10, 2013

Motion by Innocence Network for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and an original and nine copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADRIAN P. THOMAS, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL AVENI, Appellant.

Submitted December 2, 2013; decided December 10, 2013

Motion by District Attorneys Association of the State of New York for leave to file a brief amicus curiae on the appeals herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and an original and nine copies filed within seven days.